IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:25-cr-00079-MR-WCM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **<u>O R D E R</u>** |
| **ANTHONY MAURICE KETTER,** | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Suppress [Doc. 23]; the Magistrate Judge's Memorandum and Recommendation regarding that motion [Doc. 37]; and the Defendant's Objections to Magistrate Judge's Memorandum and Recommendation [Doc. 37].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the Defendant's motion to suppress and to submit recommendations for its disposition.

On September 15, 2026, the Magistrate Judge entered a Memorandum and Recommendation containing proposed findings of fact and conclusions of law in support of a recommendation denying the

Defendant's motion to suppress. [Doc. 37]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. [Id.]. The Defendant filed his Objections on September 28, 2026. [Doc. 38].

Upon conducting a *de novo* review of the Memorandum and Recommendation, the Court finds that the Magistrate Judge's proposed findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby overrules the Defendant's Objections and accepts the Magistrate Judge's recommendation that the Defendant's Motion to Suppress be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Objections to the Magistrate Judge's Memorandum and Recommendation [Doc. 38] are **OVERRULED**; the Magistrate Judge's Memorandum and Recommendation [Doc. 37] is **ACCEPTED**; and the Defendant's Motion to Suppress [Doc. 23] is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 2, 2026

Martin Reidinger
Chief United States District Judge